IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY BORG and JAMES W. BORG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 04-2874 Ml/V |
| ) | |
| J.P. MORGAN CHASE & CO., d/b/a ) | |
| CARDMEMBER SERVICES, ) | |
| UNION PLANTERS CORPORATION, ) | |
| d/b/a UNION PLANTERS BANK, N.A.,) | |
| HOME INSTEAD SENIOR CARE, INC., ) | |
| and FELICIA JONES DAVIS, ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING THE MOTION TO REMAND OF DEFENDANT HOME INSTEAD SENIOR CARE, INC.**

Before the Court is the Motion to Remand of Defendant Home Instead Senior Care, Inc., filed November 24, 2004. Defendant Chase Manhattan Bank USA, N.A., filed an opposition on December 13, 2004. Upon review of the parties' submissions and in light of <u>American Fire & Cas. Co. v. Finn</u>, 341 U.S. 6 (1951), the Court finds that this case was properly removed pursuant to 28 U.S.C. § 1441(c).[1] Even assuming, however, that removal was not proper

---

[1] 28 U.S.C. § 1441(c) provides, in pertinent part:

> Whenever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which State law predominates.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-3-05

under 28 U.S.C. § 1441(c), the Court finds that removal would nonetheless be proper under 28 U.S.C. § 1441(b).[2] Accordingly, the Court DENIES the motion to remand.

IT IS SO ORDERED this 2 day of May, 2005.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

28 U.S.C. § 1441(c).

[2] 28 U.S.C. § 1441(b) provides, in pertinent part, that "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02874 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

James W. Curry
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT