UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY [signature] D.C.
05 SEP 19 PM 5: 10
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARY BORG and JAMES BORG,

Plaintiff,

v.

No. 04-2874-MlV

J.P. MORGAN CHASE & CO, et al.,

Defendants.

ORDER GRANTING DEFENDANTS' MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

Before the court is the Joint Motion to Amend Rule 16(b) Scheduling Order and Order Setting Trial and Pretrial Dates filed by defendants, Chase Manhattan Bank USA, N.A., Union Planters Bank, N.A., now known as Regions Bank, and Home Instead Senior Care, Inc. It appears to the court that the motion si well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Joint Motion to Amend Rule 16(b) Scheduling Order is granted, and the following deadlines governing discovery are established.

| | |
|---|---|
| Completion of Fact Discovery | October 15, 2005 |
| Completion of Depositions of Expert Witnesses | October 15, 2005 |
| Filing of Dispositive Motions | November 15, 2005 |

If necessary, the trial will be reset by the district judge.

[signature]
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
Date: September 13, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05

54

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CV-02874 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

James W. Curry
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT