IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY BORG and JAMES W. BORG, )
)
    Plaintiffs, )
)
v. ) No. 04-2874 Ml/V
)
J.P. MORGAN CHASE & CO. d/b/a )
CARDMEMBER SERVICES, UNION )
PLANTERS CORPORATION d/b/a )
UNION PLANTERS BANK N.A., )
HOME INSTEAD SENIOR CARE, INC., )
and FELICIA JONES DAVIS, )
)
    Defendants. )
)

ORDER RESETTING TRIAL AND PRETRIAL DATES

In accordance with new deadlines established in the Order Granting Defendants' Motion to Amend Rule 16(b) Scheduling Order entered on September 20, 2005, by United States Magistrate Judge Diane K. Vescovo, the trial and pretrial dates are reset as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Tuesday, February 21, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, February 13, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions

and voir dire questions are due by no later than 4:30 p.m. on February 6, 2006.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 17 day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CV-02874 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

James W. Curry
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT